Fill in this information to identify the case:

Debtor 1   Timothy L. Barton

Debtor 2   Crystal H. Barton
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern District of Michigan
                                                                    (State)

Case number 17-52897

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   Ditech Financial LLC FKA Green Tree Servicing LLC      **Court claim no.**  (if known): _____ 3 _____

**Last 4 digits** of any number you use to
identify the debtor's account:          7    1    8    5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---------|--------------------------------------------------|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|-------------|----------------|------|--------|
| 1. Late charges | | (1) $ |  |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |  |
| 3. Attorney fees | | (3) $ |  |
| 4. Filing fees and court costs | | (4) $ |  |
| 5. Bankruptcy/Proof of claim fees | 12/14/2017 | (5) $ | 300.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |  |
| 7. Property inspection fees | | (7) $ |  |
| 8. Tax advances (non-escrow) | | (8) $ |  |
| 9. Insurance advances (non-escrow) | | (9) $ |  |
| 10. Property preservation expenses. Specify:_____ | | (10) $ |  |
| 11. Other. Specify: _____ | | (11) $ |  |
| 12. Other. Specify:  POC 410A Form | 12/14/2017 | (12) $ | 250.00 |
| 13. Other. Specify: _____ | | (13) $ |  |
| 14. Other. Specify: _____ | | (14) $ |  |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

17-52897-mar    Doc 43    Filed 06/12/18    Entered 06/12/18 16:43:08    Page 1 of 6

| Part 2: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ *Kristy Steffani*        Date 6-12-2018
    Signature
    Trott # 212085B04

**Kristy Steffani, Attorney (P77020)**

Print: _____
    First Name    Middle Name    Last Name

Title  Attorney for Ditech Financial LLC
      FKA Green Tree Servicing LLC

Company  Trott Law, P.C.

Address  31440 Northwestern Hwy Ste. 145
      Number        Street
      Farmington Hills, MI  48334-5422
      City                          State        ZIP Code

Contact phone  248.642.2515

Email  EasternECF@trottlaw.com


# TROTT/LAW
A PROFESSIONAL CORPORATION

31440 Northwestern Hwy, Suite 200, Farmington Hills, MI 48334
**Remittance Address:** 16134 Collection Center Drive, Chicago, IL 60693

| **Bill To:** | **Regarding:** |
|---|---|
| Ditech Financial LLC | Timothy L. Barton |
| 3000 Bayport Dr | 25032 Richard St |
| Suite 880 | Taylor, MI 48180-4519 |
| Tampa, FL 33607 | Loan#: |
| | BK Case#: 17-52897 Ch. 13 |

| **Client:** | **Trott #** | **Dept:** | **Team:** |
|---|---|---|---|
| CONSEC01 | | 02 | BKCL |

| **Description** | **Qnt \ Hours** | **Amt \ Rate** | **Disc \ Less** | **Total** |
|---|---|---|---|---|
| 12/14/2017 POC 410A Form - Recoverable | | $250.00 | | $250.00 |
| 12/14/2017 Prep and Filing Proof of Claim - Recoverable | | $300.00 | | $300.00 |
| | **Fee Subtotal** | | | **$550.00** |

**Summary**

| | | |
|---|---|---|
| Invoice Total | | $550.00 |
| 1/8/2018 | Payment | $550.00 |
| **Invoice Amount Open As Of 6/1/2018** | | **$0.00** |

These fee(s) and/or cost(s) are recoverable, where they have been disclosed pursuant to applicable Bankruptcy Rules or have been approved by court order.



*Delaware*      PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190    8100M

151168309

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND**: The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH**: The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH**: The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

**IN WITNESS WHEREOF,** said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

**GREEN TREE SERVICING LLC**

By: _____

Name: Wanda Lamb-Lindow

Title: Assistant Secretary

*[Certificate of Merger]*